**Yitzchak Zelman, Esq.**
**California Bar Number: 350053**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel: (732) 695 – 3282**
**Fax: (732) 298 – 6259**
**Email: yzelman@marcuszelman.com**
**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRYAN NILA,<br><br>       Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>       Defendant. | No. 5:25-CV-00080-SSS-SHK<br><br>**<u>NOTICE OF SETTLEMENT</u>** |

     COMES NOW, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Midland Credit Management, Inc. in this matter.

     1.    Plaintiff and Defendant Midland Credit Management, Inc. have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

     2.    The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

1

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal with prejudice, along with any other relief the Court deems just and proper.

Dated: February 13, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Attorney for Plaintiff